# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN PAUL BRYANT,
                    Appellant,
vs.
ISIDRO BACA, WARDEN, NNCC;
JAMES DZURENDA, DIRECTOR,
NDOC; DWAYNE DEAL; OMD; AND
THE STATE OF NEVADA,
                    Respondents.

No. 76063

**FILED**

JUL 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the petition when appellant filed his notices of appeal on June 5, and 12, 2018. Thus, the appeal is premature. *See* NRS 177.015(3). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-25637

cc: Hon. James E. Wilson, District Judge
John Paul Bryant
Attorney General/Carson City
Carson City Clerk

